**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIFE SCIENCE INSTITUTE, LLC;<br><br>Plaintiff,<br><br>v.<br><br>DAVID SALOFF, LARRY NUSBAUM and QUALITY CONSUMER BRANDS, LLC;<br><br>Defendants. | Case No. 15-cv-03258 (ES-MAH)<br><br>**STIPULATION AND ORDER DISMISSING COUNTS I, II, III AND IV OF PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE** |

Plaintiff Life Science Institute, LLC ("LSI"), defendant Quality Consumer Brands, LLC ("QCB") and defendant David Saloff ("Saloff"), being all of the parties who have appeared in this action, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 6, 2015, LSI filed an Amended Complaint (the "Amended Complaint"), which asserts a total of four claims for relief against QCB;

WHEREAS, LSI and QCB wish to amicably resolve their dispute; and

WHEREAS, as part of its efforts to resolve its dispute with QCB, LSI wishes to dismiss all of its claims for relief against QCB;

The above-named parties hereby stipulate as follows:

1. Count I, Count II, Count III and Count IV of the Amended Complaint are dismissed with prejudice;

2. The dismissal of Count I, Count II, Count III and Count IV is not intended to waive or limit any factual assertions or legal contentions related to LSI's remaining claims against Saloff or defendant Larry Nusbaum.

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.

By: ______________________
Matthew Cono Capozzoli
875 Third Avenue, 9th Floor
New York, New York 10022
Tel: (212) 603-6300

*Attorney for Plaintiff Life Science Institute, LLC*

ALLIANCE LEGAL PARTNERS, INC.

By: ______________________
Jeffrey S. Marks
9 Chatelaine
Newport Coast, CA. 92657
Tel: (949) 887-8877

*Attorneys for Defendant Quality Consumer Brands, LLC*

SAPIRO GOTTLIEB & KROLL
ATTORNEYS AT LAW

By: ______________________
Lawrence C. Kroll
Williamsburg Commons
East Brunswick, New Jersey 08816
Tel: (732) 613-8000

*Attorneys for Defendant David Saloff*

SO ORDERED:

______________________