**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

LIFE SCIENCE INSTITUTE, LLC;

Plaintiff,

v.

DAVID SALOFF, LARRY NUSBAUM and QUALITY CONSUMER BRANDS, LLC;

Defendants.

Case No. 15-cv-03258 (ES-MAH)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between plaintiff/counterclaim defendant Life Science Institute, LLC and defendant/counterclaim plaintiff David Saloff, by and through their respective counsel, that that this action and any and all claims and counterclaims herein are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

By: /s/ Matthew Cono Capozzoli
Matthew Cono Capozzoli
875 Third Avenue, 9th Floor
New York, New York 10022
Tel: (212) 603-6300

*Attorney for Plaintiff Life Science Institute, LLC*

SAPIRO GOTTLIEB & KROLL ATTORNEYS AT LAW

By: /s/ Lawrence C. Kroll
Lawrence C. Kroll
Williamsburg Commons
East Brunswick, New Jersey 08816
Tel: (732) 613-8000

*Attorneys for Defendant David Saloff*

SO ORDERED:

______________________________